**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter    7

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | ATALO HOLDINGS, INC. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  ATALO |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3097643 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 5855 ROCKWELL RD<br>Winchester, KY 40391<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Clark<br>County | **Location of principal assets, if different from principal place of business**<br>4274 COLBY ROAD Winchester, KY 40391<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | WWW.ATALOHOLDINGS.COM |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | ATALO HOLDINGS, INC. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor    ATALO HOLDINGS, INC.                                      Case number (if known)
          Name

---

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

■ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    4274 COLBY ROAD
                              Winchester, KY, 40391-0000
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.    Insurance agency    _____
           Contact name       _____
           Phone              _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
■ 100-199         ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    ATALO HOLDINGS, INC.                                    Case number (if known) _____
          Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 12, 2020
               MM / DD / YYYY

**X** /s/ WILLIAM R. HILLIARD, JR.                    WILLIAM R. HILLIARD, JR.
   Signature of authorized representative of debtor       Printed name

   Title    CEO

**18. Signature of attorney**

**X** /s/ John T. Hamilton, Esq.                    Date    March 12, 2020
   Signature of attorney for debtor                          MM / DD / YYYY

John T. Hamilton, Esq. 28127
Printed name

Gess Mattingly & Atchison, P.S.C.
Firm name

201 W. Short Street, Ste. 102
Lexington, KY 40507
Number, Street, City, State & ZIP Code

Contact phone    (859) 252-9000        Email address    jhamilton@gmalaw.com

28127 KY
Bar number and State

4274 COLBY, LLC
4274 COLBY ROAD
Winchester KY 40391


A GREGORY SHEANSHANG AMENDED & RESTATED
2850 HENKLE DRIVE
Lebanon OH 45036


AARON NEWCOME
190 EASTVIEW LANE
Campbellsville KY 42718


ACS LABORATORY
2424 N. FEDERAL HIGHWAY, STE 455
Boca Raton FL 33431-7747


ACTION PEST CONTROL - COLBY
ACTION PEST CONTROL - LEXINGTON
PO BOX 5759
Evansville IN 47716


ACTION PEST CONTROL - ROCKWELL
2301 S. GREEN RIVER RD
Evansville IN 47715


ADAM BURKE
483 HURRICANE ROAD
Jonesville VA 24263


AGRICULEX, INC
1-59 SUBURBAN AVE
GUELPH ON, CANADA N1E-6B4


ALEX BOONE
376 SOUTH BROADWAY
Lexington KY 40508


ALISTAIR HODGSON
6515 VISTA DEL MAR, UNIT C
Playa Del Rey CA 90293


ALVIN BAMBERGER
166 CUTCHIN ROAD
Vancleve KY 41385

AMERICAN SHAMAN
2405 SOUTHWEST BLVD
Kansas City MO 64108

AMERICAN WELDING & GAS
PO BOX 74008003
Chicago IL 60674-8003

ANDREW GRAVES
5081 WINCHESTER RD
Lexington KY 40509

ANDY ROSE
3135 IRONWORKS ROAD
Mount Sterling KY 40353

ANNE BYELEIN HOLLAN REVOCABLE TRUST
1402 SOMERHILL WAY
Louisville KY 40223

ASHLEY EMMONS
301 CREEK ROAD
Flemingsburg KY 41041

AT&T
PO BOX 5019
Carol Stream IL 60197-5019

AXXON ROBOTICS, LLC
01350 W. MILIATARY ROAD
Portland OR 97219

BACKFLOW TESTING & SOLUTIONS, INC.
6 FAY AVENUE
Jeffersonville IN 47130

BARBARA MILLER
5291 SCUFFLETOWN ROAD
Barboursville VA 22923-8652

BEN SWEGER
793 STONEY RUN RD
Richmond KY 40475

BILLY MARTIN
947 DARBY HOLLOW
Grayson KY 41143


BLUE & CO, LLC
250 W. Main Street, Ste 2900
Lexington KY 40507


BP FUNDING GROUP, LLC
536 LAKESHORE DRIVE
Lexington KY 40502


BRACKISH SOLUTIONS, LLC
102 CREEK VISTA WAY
Columbia SC 29206


BRADLEY HORD
3836 WALLINGFORD RD
Flemingsburg KY 41041


BRANDON WHITE
6375 WADES MILL ROAD
Mount Sterling KY 40353


BRENNAN GILKISON
757 CALLAWAY WHITE RD
Winchester KY 40391


BRENT CORNETT
6831 MCWHORTER ROAD
London KY 40741


BYPASS RENTAL
845 BYPASS RD
Winchester KY 40391


CABO HOLDINGS, LLC
C/O DOUG BOONE
4195 BRIAR HILL ROAD
Lexington KY 40516


CANNABUSINESS LABORATORIES
2554 PALUMBO DRIVE
Lexington KY 40509

CANNAMARK
C/O GREG JONES
801 E. CAMPBELL RD, STE. 165
Richardson TX 75081


CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DR.
Chicago IL 60693-0149


CANTRELL SUPPLY
245 N. MAIN STREET
Winchester KY 40391


CARDMEMBER SERVICE
PO BOX 790408
Saint Louis MO 63179-0408


CBD BAKER, INC.
743 EGGLETON RD
STIRLING, ON, CANADA KOK-3E0


CERILLIANT
811 PALMA DRIVE, STE. A
Round Rock TX 78665


CHAD WRINN
100 DOW ADKINS RD
Corbin KY 40701


CHARLES T. CREECH
1025 RUSSELL CAVE ROAD
Lexington KY 40505


CHARLES T. CREECH, INC.
4100 HERALDRY COURT
Lexington KY 40513


CHRIS HICKERSON
714 CREEK ROAD
Flemingsburg KY 41041


CINTAS CORP 5460
PO BOX 631025
Cincinnati OH 45263-1025

CINTAS FIRE
PO BOX 636525
Cincinnati OH 45263-6525


CODY THOMPSON
900 COLEMAN ROAD
Tazewell TN 37879


COLOMBIA GAS OF KENTUCKY
PO BOX 742523
Cincinnati OH 45274-2523


COLONIAL LIFE
PO BOX 1365
Columbia SC 29202-1365


CONTAINER AND PACKAGING
PO BOX 84144
Seattle WA 98124-5444


CORNETT ENTERPRISES
6831 MCWHORTER RD
London KY 40741


CREATIVE COFFEE
PO BOX 160
Winchester KY 40392


DARRELL MCKEEHAN
5838 HWY 472
Manchester KY 40962


DAVID SHEPHERD
6314 FLEMINGSBURG ROAD
Mayslick KY 41055


DAYTON FREIGHT
PO BOX 340
Vandalia OH 45377


DEAN HOLLER
2251 HILLDALE DRIVE
Rock Hill SC 29732

DINSMORE & SHOHL, LLP
LEXINGTON FINANCIAL CENTER
250 WEST MAIN STREET, STE 1400
Lexington KY 40507


DR. BLAKE R. AND REBECCA H. BURCHETTE
715 NORTH ARNOLD AVE
Minnie KY 41651


DUSTIN HICKERSON
714 CREEK ROAD
Flemingsburg KY 41041


EBM
1408 VERSAILLES RD
Lexington KY 40504


EDDIE TINCHER
3670 MYERS ROAD
Carlisle KY 40311


EF COMFORT
166 ST. MARGARET DR.
Lexington KY 40502


ELECTRON FARM PUBLICATIONS
1226 GHENT RD
Lexington KY 40502


ERIC BLANDFORD
180 FALCONCREST DRIVE
Lebanon KY 40033


ERNIE FIELDS
279 JOE FIELDS LANE
Rutledge TN 37861


EUROFINS MICROBIOLOGY LABS, INC.
12701 PLANTSIDE DR
Louisville KY 40299


EVAN OBRECHTT ALBERT
712 BROOKHILL DRIVE
Lexington KY 40502

GARRY KEENEY
381 HWY 235
Nancy KY 42544


GARY CUPP
2420 ROUGH CREEK ROAD
London KY 40744


GENCANNA GLOBAL USA, INC.
321 VENABLE ROAD
Winchester KY 40391


GESS MATTINGLY & ATCHISON, PSC
201 WEST SHORT STREET, STE. 102
Lexington KY 40507


GREENFIELD GLOBAL
58 VALE RD
Brookfield CT 06804-3967


GREENHOUSE GREEN, LLC
11705 BOYETTE RD. #189
Riverview FL 33569


GUY M. GRAVES
201 W. SHORT STREET, STE. 102
Lexington KY 40507


HARBOR STEEL AND SUPPLY CORPORATION
2381 INNOVATION DR
Lexington KY 40511


HGI HEMP PRODUCTION SERVICES, INC.
22256 100 AVE.
LANGLEY, BC, CANADA V1M 3V5


HIGHBRIDGE
PO BOX 100
3830 HIGHBRIDGE RD
Wilmore KY 40390-0100


INTELLIGENT SMART SOLUTIONS
3270 BLAZER PARKWAY, SUITE 100
Lexington KY 40509

IPFS CORPORATION
24722 NETWORK PLACE
Chicago IL 60673-1247


J.H. GRAVES, III
5081 WINCHESTER RD
Lexington KY 40508


JACOB A. CHRISTNER
575 MILLER STATION LANE
Cynthiana KY 41031


JAKE LOGSDON
6770 PACK CHURCH ROAD
Rumsey KY 42371


JAMES KEITH
3735 GRATZ ROAD
Owenton KY 40359


JASON BURGIN
232 FAIRVIEW STREET
Pleasureville KY 40057


JASON GIFFORD
6266 HWY 68
Maysville KY 41056


JASON WADE
2505 HORAN LANE
Springfield KY 40069


JEANNADESIGN.COM
PO BOX 12083
Lexington KY 40508


JEFFREY DALE
177 COLONY DRIVE
Cynthiana KY 41031


JOE COLLINS
6462 US 68
Mayslick KY 41055

JOHN BELL
3650 PARIS PIKE
Georgetown KY 40324


JOHN COLLIGAN JR.
4445 HWY 127 NORTH
New Liberty KY 40355


JOHN TUGGLE
775 EAGLE HILL ROAD
Glencoe KY 41046


JORDAN COMBS
6218 HWY 92
Rutledge TN 37861


JOSEPH W. AND SUE G. HICKEY
1729 BEACON HILL ROAD
Lexington KY 40504


JOSHUA HEARN
422 ROLAND AVENUE
Owenton KY 40359


KCA LABORATORIES
232 NORTH PLAZA DR
Nicholasville KY 40356


KENTUCKY AMERICAN WATER
PO BOX 790247
Saint Louis MO 63179-0247


KENTUCKY COMMERCIAL
881 NEWTOWN PIKE
Lexington KY 40511


KENTUCKY DEPARTMENT OF REVENUE
PO BOX 491
501 HIGH STREET
Frankfort KY 40602-0491


KENTUCKY LOGISTICS SERVICES, LLC
PO BOX 4491
Winchester KY 40392

KENTUCKY SEED IMPROVEMENT ASSN, INC.
3250 IRON WORKS PIKE
Lexington KY 40511-8470


KENTUCKY STATE TREASURER
PO BOX 718
Frankfort KY 40602-0718


KEVIN C. WATKINS
1130 MYERS ROAD
Carlisle KY 40311


KEVIN CORNETT
2424 HWY 638 LOOP
Manchester KY 40962


KEVIN DECKARD
179 JIM STRODE ROAD
Tompkinsville KY 42167


KEVIN EASTERLY
70 KATHERINE LANE
Greeneville TN 37743


LANDON WESTBROOK
1243 H.E. JOHNSON RD
Bowling Green KY 42103


LEAF
PO BOX 5066
Hartford CT 06115-5066


LEAFSEEDS MANAGEMENT, LLC
5081 WINCHESTER RD
Lexington KY 40508


LEEWOOD CORNETT
2036 HWY 638 LOOP
Manchester KY 40962


LENNIE WELCHER
433 TABB ROAD
Cecilia KY 42724

MARIMED, INC.
10 OCEANA WAY
Norwood MA 02062


MARION BUCHANAN
6122 METCALF MILL ROAD
Ewing KY 41039


MARK BURNETT
932 PARKERS MILL ROAD
Somerset KY 42501


MARK NIELSEN
116 PADDOCK DRIVE
Nicholasville KY 40356


MED SUPPLY PARTNERS
3715 ATLANTA INDUSTRIAL PKSY NW
STE B
Atlanta GA 30331-1063


MH EQUIPMENT
760 ENTERPRISE DRIVE
Lexington KY 40510


MICHAEL WATKINS
3455 EAST UNION ROAD
Carlisle KY 40311


MICROSOFT OFFICE
ATTN: OFFICE 365 BUSINESS PREMIUM
ONE MICROSOFT WAY
Redmond WA 98052-6399


MIKE CALEBS
9420 BARBOURVILLE RD
London KY 40744


MITCH COOPER
5410 SULPHUR WELL RD
Lexington KY 40509


MOBILE MINI
PO BOX 650882
Dallas TX 75265-0882

MONTANA VENTURES I, LLC
C/O GUY M. GRAVES
201 W. SHORT STREET, STE. 102
Lexington KY 40507


NEW LONDON TOBACCO MARKET, INC.
C/O WILLIAM BROWNLOW
420 TOBACCO ROAD
London KY 40741


NEW LONDON TOMBACCO MARKET
PO BOX 340
London KY 40743


OFFICE DEPOT
PO BOX 633301
Cincinnati OH 45263-3301


OGDEN H. HILLIARD
2056 NORBORNE DRIVE
Lexington KY 40502


OLD DOMINION FREIGHT LINE, INC.
PO BOX 198475
Atlanta GA 30384-8475


ORR SAFETY
1266 RELIABLE PARKWAY
Chicago IL 60686


PACKAGING UNLIMITED
1121 WEST KENTUCKY ST
Louisville KY 40210


PHILLIP JACOBS
2236 HILLDALE DRIVE
Rock Hill SC 29732


PROVERDE LABORATORIES
420 FORTUNE BLVD
Milford MA 01757


QUINTIN ROGERS
292 OWENS HOLLOW
Speedwell TN 37870

R.L. JAMES
5450 JAMES LANE
Lexington KY 40513


ROBBIE BALDWIN
411 FAIRHOLME WAY
Winchester KY 40391


ROBBY NEWSOM
5752 ENERGY ROAD
Whick KY 41390


ROBBY VANHOOK
2883 GRAY'S RUN PK
Cynthiana KY 41031


ROBERT LIVINGOOD
2510 HEADQUARTERS ROAD
Cynthiana KY 41031


ROSE PROPERTIES WINCHESTER, LLC
C/O STEVE ROSE
PO BOX 616
Winchester KY 40392


RUMPKE
PO BOX 538710
Cincinnati OH 45253


RUMPKE
3700 STRUBLE RD
Cincinnati OH 45251-4952


RYAN IVEY
1960 ESTILL HACCKNEY ROAD
Eubank KY 42567


RYAN PERKINS
470 HWY 227
New Liberty KY 40355


SCOTT LEE
283 CALVERY CHURCH ROAD
Lebanon KY 40033

SCOTT T. RICKMAN
MORGAN POTTINGER MCGARVEY
175 EAST MAIN STREET, STE 200
Lexington KY 40507


SHIMADZU SCIENTIFIC INSTRUMENTS, INC.
PO BOX 200511
Pittsburgh PA 15251-0511


SIGMA-ALDRICH
PO BOX 535182
Atlanta GA 30353-5182


SONITROL OF LEXINGTON, INC.
3166 CUSTER DR
Lexington KY 40517


SOUTHERN STATES
21 PENDLETON STREET
Winchester KY 40391-1537


TERRY HUTCHINSON
3545 KNOXVILLE ROAD
Dry Ridge KY 41035


THOMAS D. BULLOCK
J. ROSS STINETORF
BULLOCK & COFFMAN, LLP
234 N. LIMESTONE STREET
Lexington KY 40507


THOMAS W. HUTCHENS
101 RICKARD LANE
Winchester KY 40391


THREEWIRE
1890 STAR SHOOT PKWY STE 170-347
Lexington KY 40509


TOM BENNETT
120 ARROWHEAD ROAD
Louisville KY 40207

TRADITIONAL BANK, INC.
SHORT STREET BANKING CENTER
163 WEST SHORT STREET
Lexington KY 40507


TROY COLLINS
1345 SIPPLE ROAD
Dry Ridge KY 41035


TURNER LABELS
112 COMMERCE DR
Nicholasville KY 40356


TYLER THOMPSON
1080 GEORGE BEAVIN RD
Loretto KY 40037


U-LINE
PO BOX 88741
Chicago IL 60680-1741


USA CONTAINERS
1069 TOWNSHIP ROAD 1950 E
Smithshire IL 61478


VINCENT CORPORATION
2810 E. 5TH AVE.
Tampa FL 33605


W. KEITH RANSDELL
RANSDELL, ROACH & ROYSE, PLLC
176 PASADENA DRIVE
BUILDING ONE
Lexington KY 40503


WESLEY WELLS
1688 OLD MIDDLESBORO HWY
La Follette TN 37766


WESTON E. OVERTURF
SARAH L. FOWLER
MATTINGLY BURKE COHEN & BIEDERMAN, LLP
155 E. MARKET STREET, STE. 400
Indianapolis IN 46204

WILLIAM M. THOMPSON, III
THOMPSON & THOMPSON, PLLC
PO BOX 851
Somerset KY 42502


WILLIAM R. HILLIARD JR.
1265 HUGHES LANE
Lexington KY 40511-8405


WILLIAM R. HILLIARD, JR.
1265 HUGHES LANE
Lexington KY 40511


WILLIAM SHIPLEY
230 DAIRY LANE
Speedwell TN 37870


WORLDWIDE EXPRESS
29228 NETWORK PLACE
Chicago IL 60673


ZELDON ANGEL
PO BOX 904
Winchester KY 40392


ZELIOS, INC.
2297 MW TORREY PINES DRIVE
BEND OR 97703


ZOOM ESSENCE
1131 VICTORY PLACE
Hebron KY 41048

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    ATALO HOLDINGS, INC.

                                             Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   ATALO HOLDINGS, INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 12, 2020

Date

/s/ John T. Hamilton, Esq.

John T. Hamilton, Esq. 28127

Signature of Attorney or Litigant

Counsel for    ATALO HOLDINGS, INC.

Gess Mattingly & Atchison, P.S.C.

201 W. Short Street, Ste. 102
Lexington, KY 40507
(859) 252-9000 Fax:(859) 233-4269
jhamilton@gmalaw.com